**STATE of Missouri, Respondent,**

v.

**George W. BROWN, Appellant.**

**No. WD 34258.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.

Joseph H. Locascio and Mimi Droll, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Dan J. Crawford, Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of relief sought from conviction for first-degree assault, § 565.-050.

Affirmed. Rule 30.25(b).